UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY JOHN REICE,<br><br>                        Plaintiff,<br><br>   v.<br><br>PIERCE COUNTY JUDICIAL SYSTEM, *et al*.,<br><br>                        Defendants. | Case No. C23-5288-JCC-SKV<br><br>REPORT AND RECOMMENDATION |

      Plaintiff Timothy Reice is currently confined at the Pierce County Jail in Tacoma, Washington. On April 5, 2023, Mr. Reice submitted to this Court for filing a civil rights complaint under 42 U.S.C. § 1983 in which he alleged claims related to his ongoing criminal proceedings in Pierce County Superior Court. *See* Dkt. 1. Mr. Reice failed to submit with his complaint either the requisite filing fee or an application to proceed with this action *in forma pauperis* ("IFP"). Thus, on April 6, 2023, the Clerk sent Mr. Reice a letter advising him that his submission was deficient because he failed to meet the filing fee requirement and explaining that he would have to either pay the filing fee or submit an IFP application by May 8, 2023, or risk dismissal of this action. Dkt. 3.

REPORT AND RECOMMENDATION - 1

To date, Mr. Reice has neither paid the filing fee, nor has he submitted an application to proceed IFP.  As Mr. Reice has had ample time to correct the deficiency identified by the Clerk, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute.  A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect the right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14) days** after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **June 16, 2023**.

DATED this 22nd day of May, 2023.

*Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2