THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9 | TIMOTHY JOHN REICE,                                    CASE NO. C23-5288-JCC

10 |                              Plaintiff,               ORDER ADOPTING REPORT AND
                                                          RECOMMENDATION
11 |        v.

12 | PIERCE COUNTY JUDICIAL SYSTEM, *et*

13 | *al.*,

14

15 |                              Defendants.

16

17          The Court, having reviewed the Report and Recommendation, (Dkt. No. 4), of the

18 | Honorable S. Kate Vaughan, United States Magistrate Judge, the remaining record, and there

19 | being no timely objection, hereby finds and ORDERS:

20
21          (1)     The Court ADOPTS the report and recommendation (Dkt. No. 4);

22          (2)     This action is DISMISSED without prejudice for failure to prosecute;

23          (3)     The Clerk is DIRECTED to send copies of this Order to Plaintiff and to Judge

24          Vaughan.

25 | //

26 | //

ORDER ADOPTING REPORT AND RECOMMENDATION
C23-5288-JCC
PAGE - 1

DATED this 20th day of June 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE